

## THE ATTORNEY GENERAL.
## OF TEXAS

AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

February 24, 1959

Honorable Edd B. Keyes          Opinion No. WW-555
County Attorney
Tom Green County          Re: Amount of fee due the Tax Collector
San Angelo, Texas              for each correct assessment of land
                               to be sold, under the provisions of
Dear Mr. Keyes:                Article 7331, V.C.S..

          You have requested our opinion on the following
question:

          "The tax collector here in San Angelo has
          requested an opinion on Article 7331. Fees
          of Tax Collector under the sentence 'Tax
          Collector shall be entitled to a fee of
          $1.00 for each correct assessment of land
          to be sold.'  The question is does the tax
          collector collect a dollar for each year he
          makes or prepares a correct assessment of
          land which is placed on the redemption cer-
          tificate or whether the tax collector is
          entitled to $1.00 for the correct assessment
          regardless of the number of years placed on
          the tax redemption certificate."

          Article 7331, V.A.C.S., as amended by Chapter 362,
Acts of the 53rd Legislature, 1953, insofar as pertinent to
your question reads as follows:

          "For calculating and preparing redemption
          certificates and receipts, reporting and
          crediting redemptions, posting Comptroller's
          redemption numbers on the delinquent tax
          record or annual delinquent list, mailing
          certificates of redemption to taxpayers
          after approval by the Comptroller, and for
          issuing receipts or certificates of redemp-
          tion for property shown on the annual delin-
          quent list, the tax collector shall be
          entitled to a fee of One Dollar ($1) for
          each correct assessment of land to be sold,
          except that if the total amount of said
          costs so permitted exceeds ten per cent
          (10%) of the total amount of the taxes,

interest and penalties due before assessing any such costs, then the total cost allowable shall be limited to ten per cent (10%) of such total amount of the taxes, interest and penalties, or One Dollar ($1) whichever is the larger, said fee to be taxed as costs against the delinquent. Correct assessment as herein used means the inventory of all properties owned by an individual for any one (1) year. . . ."

It is the opinion of this office that the tax collector is entitled to a fee of $1.00 "for each correct assessment of land to be sold." This means that the tax collector is entitled to the $1.00 fee each year that he performs the duties set out in Article 7331, V.A.C.S. This is subject to the limitation set out in such Article. That is, if such costs exceed 10% of the total amount of the taxes, interests and penalties due before assessing any such costs, then the total cost allowable shall be limited to ten per cent (10%) of such total amount.

Honorable L. P. Lollar, Assistant Attorney General, has previously written an opinion, being Attorney Genral's Opinion No. MS-110, dated December 11, 1953, which was written and approved by this office subsequent to the last amendment to Article 7331 (being Chapter 362, Acts of the 53rd Legislature, 1953). This opinion further clarifies your question, and a copy is enclosed for your use.

## SUMMARY

The Tax Collector is entitled to a fee of $1.00 for each year he makes the "correct assessment" as provided by Article 7331, V.A.C.S., except the total of such fees shall not exceed 10% of the total taxes, interest and penalties due before assessing any such costs.

If this office can be of any further service to you, please feel free to call upon us.

APPROVED:

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Henry G. Braswell
Raymond V. Lofton, Jr.
Thomas Burrus

Reviewed For The Attorney General
By:
    W. V. GEPPERT

Yours very truly,

WILL WILSON
Attorney General of Texas

By: ELMER McVEY
    Assistant Attorney General